IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:11 CR 161-1 |
| | ) | |
| JOHNNY REID EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the law firm of Tharrington Smith, L.L.P. by and through Counsel, Wade M. Smith, makes a limited appearance in this proceeding on behalf of the defendant, Johnny Reid Edwards.

Respectfully submitted, this the 3rd day of June, 2011.

/s/ Wade M. Smith
Wade M. Smith
NC State Bar No. 4075

**THARRINGTON SMITH, L.L.P.**
209 Fayetteville Street
Post Office Box 1151
Raleigh, North Carolina 27602-1151
Telephone: (919) 821-4711
Facsimile: (919) 829-1583
Email: wsmith@tharringtonsmith.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on June 3, 2011, a copy of the foregoing **NOTICE OF LIMITED APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. George E. B. Holding
>United States Attorney
>US Attorney's Office – EDNC
>310 New Bern Avenue
>Suite 800, Federal Building
>Raleigh, North Carolina 27601
>
>Mr. Robert J. Higdon
>United States Attorney
>US Attorney's Office – EDNC
>310 New Bern Avenue
>Suite 800, Federal Building
>Raleigh, North Carolina 27601

This the 3rd day of June, 2011.

>Respectfully submitted,
>
>/s/ Wade M. Smith
>Wade M. Smith
>NC State Bar No. 4075
>
>**THARRINGTON SMITH, L.L.P.**
>209 Fayetteville Street
>Post Office Box 1151
>Raleigh, North Carolina 27602-1151
>Telephone: (919) 821-4711
>Facsimile: (919) 829-1583
>Email: wsmith@tharringtonsmith.com

2