IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:11 CR 161-1 |
| | ) | |
| JOHNNY REID EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP by and through Counsel, David W. Foster, makes a limited appearance in this proceeding on behalf of the defendant, Johnny Reid Edwards.

Respectfully submitted, this the 3rd day of June, 2011.

/s/ David W. Foster
David W. Foster
(DC Bar No. 984393)

**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7626
Facsimile: (202) 661-0586
Email: david.foster@skadden.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 3, 2011, a copy of the foregoing **NOTICE OF LIMITED APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. George E. B. Holding
> United States Attorney
> US Attorney's Office – EDNC
> 310 New Bern Avenue
> Suite 800, Federal Building
> Raleigh, North Carolina 27601
>
> Mr. Robert J. Higdon
> United States Attorney
> US Attorney's Office – EDNC
> 310 New Bern Avenue
> Suite 800, Federal Building
> Raleigh, North Carolina 27601

This the 3rd day of June, 2011.

> Respectfully submitted,
>
> /s/ David W. Foster
> David W. Foster
> DC Bar No. 984393
>
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> 1440 New York Avenue N.W.
> Washington, DC 20005-2111
> Telephone: (202) 371-7626
> Facsimile: (202) 661-0586
> Email: david.foster@skadden.com

2

Case 1:11-cr-00161-CCE   Document 5   Filed 06/03/11   Page 2 of 2