IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JUN - 3 2011
In THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

UNITED STATES OF AMERICA     )
     )
v.     )    Case No. 1:11 CR 161-1
     )
JOHNNY REID EDWARDS,    .    )
     )
    Defendant.   )

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP by and through Counsel, Gregory B. Craig, makes a limited appearance in this proceeding on behalf of the defendant, Johnny Reid Edwards.

Respectfully submitted, this the 3rd day of June, 2011.

/s/ Gregory B. Craig
Gregory B. Craig
DC Bar No. 164640

**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7400
Facsimile: (202) 661-9100
Email: gregory.craig@skadden.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on June 3, 2011, a copy of the foregoing **NOTICE OF LIMITED APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. George E. B. Holding
> United States Attorney
> US Attorney's Office – EDNC
> 310 New Bern Avenue
> Suite 800, Federal Building
> Raleigh, North Carolina 27601
>
> Mr. Robert J. Higdon
> United States Attorney
> US Attorney's Office – EDNC
> 310 New Bern Avenue
> Suite 800, Federal Building
> Raleigh, North Carolina 27601

This the 3rd day of June, 2011.

Respectfully submitted,

/s/ Gregory B. Craig
Gregory B. Craig
DC Bar No. 164640

**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7400
Facsimile: (202) 661-9100
Email: gregory.craig@skadden.com

2