IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JUN - 3 2011
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:11 CR 161-1 |
| | ) | |
| JOHNNY REID EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the law firm of Skadden, Arps, Slate, Meagher & Flom

LLP by and through Counsel, Clifford M. Sloan, makes a limited appearance in this

proceeding on behalf of the defendant, Johnny Reid Edwards.

Respectfully submitted, this the 3rd day of June, 2011.

/s/ Clifford M. Sloan
Clifford M. Sloan
DC Bar No. 417339

**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7040
Facsimile: (202) 661-8340
Email: cliff.sloan@skadden.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on June 3, 2011, a copy of the foregoing **NOTICE OF LIMITED APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. George E. B. Holding
> United States Attorney
> US Attorney's Office – EDNC
> 310 New Bern Avenue
> Suite 800, Federal Building
> Raleigh, North Carolina 27601

> Mr. Robert J. Higdon
> United States Attorney
> US Attorney's Office – EDNC
> 310 New Bern Avenue
> Suite 800, Federal Building
> Raleigh, North Carolina 27601

This the 3rd day of June, 2011.

Respectfully submitted,

/s/ Clifford M. Sloan
Clifford M. Sloan
DC Bar No. 417339

**Skadden, Arps, Slate, Meagher & Flom LLP**
1440 New York Avenue N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7040
Facsimile: (202) 661-8340
Email: cliff.sloan@skadden.com

2