IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:11-CR-161-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHNNY REID EDWARDS | ) | |

This matter comes before this Court on the joint motion of the parties to continue the motions deadline and the trial. The parties also ask this Court to conduct a scheduling conference in this matter.

For good cause shown, the court hereby GRANTS the parties' motion, and continues the motions deadline and trial to a date to be determined at a scheduling conference. The Court further directs the parties to appear on June 21 at 11:00 a.m. at the United States Courthouse in Greensboro at which time the Court will conduct a scheduling conference relative to discovery, pretrial motions and the trial of this matter.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A) for the reason that the ends of justice served by granting this continuance outweigh the interest of the defendants and the public in a speedy trial.

This the 13th day of June, 2011.

_____
Senior, United States District Judge