UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL CASE NO.1:11-CR-161-1 |
| JOHNNY REID EDWARDS ) | |
| ) | |
| ) | |

## JOHN EDWARDS' MOTION TO DISMISS COUNT 1 -- CONSPIRACY
(Motion to Dismiss No. 4)

Pursuant to Federal Rule of Criminal Procedure Rule 12(b)(3), and the Fifth and Sixth Amendments to the Constitution, Mr. Edwards moves to dismiss Count 1 of the Indictment because it improperly charges a "rimless wheel" conspiracy and fails to allege that all co-conspirator joined the same conspiracy.

Dated: September 6, 2011

| | |
|---|---|
| /s/ James P. Cooney III | /s/ Abbe David Lowell |
| James P. Cooney III, N.C. Bar No. 12140 | Abbe David Lowell, *pro hac vice* |
| jcooney@wcsr.com | ADLowell@Chadbourne.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | Christopher D. Man, *pro hac vice* |
| One Wells Fargo Center | CMan@Chadbourne.com |
| Suite 3500, 301 South College Street | CHADBOURNE & PARKE LLP |
| Charlotte, NC 28202-6037 | 1200 New Hampshire Ave., NW |
| (704) 331-4980 (phone) | Washington, DC 20036 |
| (704) 338-7838 (fax) | (202) 2974-5600 (phone) |
| | (202) 974-5602 (fax) |

/s/ Wade M. Smith
Wade M. Smith, N.C. Bar No. 4075
THARRINGTON SMITH LLP
209 Fayetteville Street Mall
Raleigh, NC 27602
Email: WSmith@tharringtonsmith.com
(919) 821-4711 (phone)
(919) 829-1583 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011, I electronically filed the foregoing **MOTION TO DISMISS COUNT 1 – CONSPIRACY (Motion to Dismiss No. 4)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brian Scott Meyers
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avneue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: brian.s.meyers@usdoj.gov

David V. Harbach
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, NW, Suite 1800
Washington, DC 20005
Telephone: (202) 262-7597
Fax: (202) 514-3003
Email: david.harbach@usdoj.gov

Jeffrey E. Tsai
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, N.W., Suite 1800
Washington, DC 20005
Telephone: (202) 307-0933
Fax: (202) 514-3003
Email: jeffrey.tsai@usdoj.gov

Robert J. Higdon
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: bobby.higdon@usdoj.gov

/s/ James P. Cooney III
James P. Cooney III (NCSB # 12140)
Womble Carlyle Sandridge & Rice, PLLC
One Wells Fargo Center
Suite 3500, 301 South College Street
Charlotte, NC 28202
Telephone: (704) 331-4980
Email: jcooney@wcsr.com

*Attorney for Defendant*

Date: September 6, 2011