UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL CASE NO. 1:11-CR-161-1 |
| JOHNNY REID EDWARDS | ) |
| | ) |
| | ) |

**JOHN EDWARDS' MOTION TO DISMISS INDICTMENT ALLEGATIONS
FOR CHARGING DEFECTS
(Motion to Dismiss No. 5)**

Pursuant to Federal Rule of Criminal Procedure Rule 12(b)(3), Mr. Edwards moves to dismiss portions of the Indictment for failing to charge valid crimes for which he may be prosecuted. Specifically: (1) the Indictment charges Mr. Edwards with crimes in Counts 2 through 5 that did not occur in this Judicial District and thus violates the venue requirements of Article III, Section 2, the Sixth Amendment of the Constitution and Federal Rules of Criminal Procedure 12 and 18; (2) Counts 2 through 5, by alleging that Mr. Edwards "aided and abetted" the illegal receipt of campaign contributions, charge him with an impossibility under the law because, as the principal charged in the Indictment, he cannot "aid and abet" himself in committing the alleged crime; and (3) Counts 1 through 3 are defective because $375,000 of the $725,000 alleged to have been illegally contributed by Person C (Rachel Mellon) was not "received" until after Mr. Edwards ended his campaign for the Presidency and therefore those donations could not have been "campaign contributions" intended to influence the outcome of a federal election.

Dated: September 6, 2011

/s/ James P. Cooney III
James P. Cooney III, N.C. Bar No. 12140
jcooney@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wells Fargo Center
Suite 3500, 301 South College Street
Charlotte, NC 28202-6037
(704) 331-4980 (phone)
(704) 338-7838 (fax)

/s/ Abbe David Lowell
Abbe David Lowell, *pro hac vice*
ADLowell@Chadbourne.com
Christopher D. Man, *pro hac vice*
CMan@Chadbourne.com
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., NW
Washington, DC 20036
(202) 2974-5600 (phone)
(202) 974-5602 (fax)

/s/ Wade M. Smith
Wade M. Smith, N.C. Bar No. 4075
THARRINGTON SMITH LLP
209 Fayetteville Street Mall
Raleigh, NC 27602
Email: WSmith@tharringtonsmith.com
(919) 821-4711 (phone)
(919) 829-1583 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011, I electronically filed the foregoing **MOTION TO DISMISS INDICTMENT ALLEGATIONS FOR CHARGING DEFECTS (Motion to Dismiss No. 5)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brian Scott Meyers
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avneue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: brian.s.meyers@usdoj.gov

David V. Harbach
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, NW, Suite 1800
Washington, DC 20005
Telephone: (202) 262-7597
Fax: (202) 514-3003
Email: david.harbach@usdoj.gov

Jeffrey E. Tsai
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, N.W., Suite 1800
Washington, DC 20005
Telephone: (202) 307-0933
Fax: (202) 514-3003
Email: jeffrey.tsai@usdoj.gov

Robert J. Higdon
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: bobby.higdon@usdoj.gov

/s/ James P. Cooney III
James P. Cooney III (NCSB # 12140)
Womble Carlyle Sandridge & Rice, PLLC
One Wells Fargo Center
Suite 3500, 301 South College Street
Charlotte, NC 28202
Telephone: (704) 331-4980
Email: jcooney@wcsr.com

*Attorney for Defendant*

Date: September 6, 2011