IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:11 CR 161-1 |
| ) | |
| JOHNNY REID EDWARDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**COMES NOW** James P. Cooney III, the undersigned counsel for the defendant, and files on behalf of Gregory B. Craig this Amended Motion for Leave to Withdraw as Counsel in the above-referenced case.

In support thereof, counsel for the defendant on behalf of Mr. Craig, respectfully states:

1. On June 3, 2011, the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") by and through counsel, Gregory B. Craig, made a limited appearance on behalf of the defendant Johnny Reid Edwards solely for purposes of the June 3, 2011, arraignment and initial appearance.

2. Skadden no longer represents Mr. Edwards.

3. Mr. Edwards has consented to Skadden's motion for leave to withdraw as his counsel in this case.

4. Because attorneys from three other firms have entered general appearances on his behalf, there is no prejudice to Mr. Edwards in permitting this withdrawal.

Accordingly, pursuant to Local Criminal Rule 57.1, which incorporates by

reference Local Civil Rule 83.1, counsel for the defendant on behalf of Mr. Craig and Skadden, respectfully moves this Court for an order granting leave to withdraw as counsel.

Respectfully submitted, this 19th day of September, 2011.

/s/ James P. Cooney III
James P. Cooney III, N.C. Bar No. 12140
jcooney@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wells Fargo Center
Suite 3500, 301 South College Street
Charlotte, NC 28202-6037
(704) 331-4980 (phone)
(704) 338-7838 (fax)

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 19, 2011, a copy of the foregoing **AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brian Scott Meyers
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avneue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: brian.s.meyers@usdoj.gov

David V. Harbach
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, NW, Suite 1800
Washington, DC 20005
Telephone: (202) 262-7597
Fax: (202) 514-3003
Email: david.harbach@usdoj.gov

Jeffrey E. Tsai
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, N.W., Suite 1800
Washington, DC 20005
Telephone: (202) 307-0933
Fax: (202) 514-3003
Email: jeffrey.tsai@usdoj.gov

Robert J. Higdon
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: bobby.higdon@usdoj.gov

The undersigned certifies that on September 19, 2011, the foregoing **AMENDED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** was served by causing to be deposited copies of the same in an official depository of the United States Postal Service, in postage-paid envelopes, addressed as follows:

>David W. Foster
>Clifford M. Sloan
>Gregory B. Craig
>Skadden Arps Slate Meagher & Flom LLP
>1440 New York Avenue N.W.
>Washington, DC 20005

>/s/ James P. Cooney III
>James P. Cooney III (NCSB # 12140)
>Womble Carlyle Sandridge & Rice, PLLC
>One Wells Fargo Center
>Suite 3500, 301 South College Street
>Charlotte, NC 28202
>Telephone: (704) 331-4980
>Email: jcooney@wcsr.com

>*Attorney for Defendant*

Date: September 19, 2011