BEFORE THE FEDERAL ELECTION COMMISSION

In the Matter of        )
                        )   AO 2000-08
Philip D. Harvey        )   Agenda Document No. 00-59

## CERTIFICATION

I, Mary W. Dove, recording secretary for the Federal Election Commission open meeting on June 8, 2000, do hereby certify that the Commission decided by a vote of 4-1 to approve draft Advisory Opinion 2000-08, as set forth in Agenda Document No. 00-59, as amended.

Commissioners McDonald, Sandstrom, Thomas, and Wold voted affirmatively for the decision. Commissioner Mason dissented. Commissioner Elliott was not present.

Attest:

June 12, 2000
Date

Mary W. Dove
Acting Secretary of
the Commission