# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL CASE NO. 1:11-CR-161-1 |
| JOHNNY REID EDWARDS. ) | |
| ) | |

## JOHN EDWARDS' MOTION FOR A BILL OF PARTICULARS

Pursuant to Federal Rule of Criminal procedure 7(f), Mr. Edwards moves for the Court to grant him a bill of particulars and require the government to provide the following information concerning the Indictment:[1]

1. In Count One, paragraph 14:

    a. specify where, other than the Middle District of North Carolina, you allege the conspiracy to have occurred; and

    b. identify the "others" who are "known" as the co-conspirators;

2. In Count One, paragraph 15, identify the "among others" manner and means alleged;

3. In Count One, paragraph 19:

    a. identify the "others" who committed and caused the acts alleged;

    b. specify the "among others" overt acts; and

    c. specify the "elsewhere" in which the acts alleged occurred;

---

[1] By letter dated November 21, 2011, Mr. Edwards requested these particulars from the government, who denied the request by a telephone call on November 22, 2011.

4. In Count One, paragraph 20, identify the "individuals" who were discussed to provide money;

5. In Count One, paragraph 24, specify the "among other things" for which the funds alleged were spent;

6. In Count One, paragraph 29, specify the "among others" expenses alleged;

7. In Count Two, paragraph 35, specify where, other than the Middle District of North Carolina, you allege the acts to have occurred;

8. In Count Three, paragraph 37, specify where, other than the Middle District of North Carolina, you allege the acts to have occurred;

9. In Count Four, paragraph 39, specify where, other than the Middle District of North Carolina, you allege the acts to have occurred;

10. In Count Five, paragraph 41, specify where, other than the Middle District of North Carolina, you allege the acts to have occurred;

11. In Count Six, paragraph 43 specify:

   a. where, other than the Middle District of North Carolina, you allege the acts to have occurred; and

   b. how Mr. Edwards "caused" the John Edwards for President Committee to create and submit reports.

Dated: November 28, 2011

| | |
|---|---|
| /s/ James P. Cooney III | /s/ Abbe David Lowell |
| James P. Cooney III, N.C. Bar No. 12140 | Abbe David Lowell, *pro hac vice* |
| jcooney@wcsr.com | ADLowell@Chadbourne.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | Christopher D. Man, *pro hac vice* |
| One Wells Fargo Center | CMan@Chadbourne.com |
| Suite 3500, 301 South College Street | CHADBOURNE & PARKE LLP |
| Charlotte, NC 28202-6037 | 1200 New Hampshire Ave., NW |
| (704) 331-4980 (phone) | Washington, DC 20036 |
| (704) 338-7838 (fax) | (202) 2974-5600 (phone) |
| | (202) 974-5602 (fax) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2011, I electronically filed the foregoing **MOTION FOR A BILL OF PARTICULARS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brian Scott Meyers
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: brian.s.meyers@usdoj.gov

David V. Harbach
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, NW, Suite 1800
Washington, DC 20005
Telephone: (202) 262-7597
Fax: (202) 514-3003
Email: david.harbach@usdoj.gov

Jeffrey E. Tsai
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, N.W., Suite 1800
Washington, DC 20005
Telephone: (202) 307-0933
Fax: (202) 514-3003
Email: jeffrey.tsai@usdoj.gov

Robert J. Higdon
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: bobby.higdon@usdoj.gov

<u>/s/ James P. Cooney III</u>
James P. Cooney III (NCSB # 12140)
Womble Carlyle Sandridge & Rice, PLLC
One Wells Fargo Center
Suite 3500, 301 South College Street
Charlotte, NC 28202
Telephone: (704) 331-4980
Email: jcooney@wcsr.com

*Attorney for Defendant*
