# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL CASE NO.1:11-CR-161-1 |
| JOHNNY REID EDWARDS | ) | |
| | ) | |
| | ) | |

## JOHN EDWARDS' MOTION FOR PROCEDURES IN JURY SELECTION

Pursuant to Federal Rule of Criminal Procedure Rule 24 and the Court's November 21, 2011 Scheduling Order (Dkt. 103), Mr. Edwards moves that this Court: (1) choose the Jury in this case from a fresh venire; (2) that excused absences for potential jurors be granted only by the Court; (3) provide to prospective jurors a pre-voir dire written questionnaire; (4) permit the use of a small group follow-up voir dire; (5) not notify alternate jurors of their status as "alternates" until the conclusion of evidence; and (6) permit the Defendant additional peremptory strikes and permit the parties to use their peremptory strikes in alternating fashion. In support of this Motion, Mr. Edwards contemporaneously submits a memorandum of law.

The Defendant has conferred with the government on this Motion and the government has advised the Defendant that it will file a response in which it sets forth its position as to each of the procedures requested.

Dated:  December 22, 2011.

/s/ James P. Cooney III
James P. Cooney III, N.C. Bar No. 12140
jcooney@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wells Fargo Center
Suite 3500, 301 South College Street
Charlotte, NC 28202-6037
(704) 331-4980 (phone)
(704) 338-7838 (fax)

/s/ Abbe David Lowell
Abbe David Lowell, *pro hac vice*
ADLowell@Chadbourne.com
Christopher D. Man, *pro hac vice*
CMan@Chadbourne.com
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., NW
Washington, DC 20036
(202) 2974-5600 (phone)
(202) 974-5602 (fax)

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2011, I electronically filed the foregoing **Motion for Procedures in Jury Selection** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brian Scott Meyers
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avneue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: brian.s.meyers@usdoj.gov

David V. Harbach
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, NW, Suite 1800
Washington, DC 20005
Telephone: (202) 262-7597
Fax: (202) 514-3003
Email: david.harbach@usdoj.gov

Jeffrey E. Tsai
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, N.W., Suite 1800
Washington, DC 20005
Telephone: (202) 307-0933
Fax: (202) 514-3003
Email: jeffrey.tsai@usdoj.gov

Robert J. Higdon
U.S. Attorney's Office – EDNC
Terry Sanford Federal Building
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: bobby.higdon@usdoj.gov

/s/ James P. Cooney III
James P. Cooney III (NCSB # 12140)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wells Fargo Center
Suite 3500, 301 South College Street
Charlotte, NC 28202
Telephone:  (704) 331-4980
Email:  jcooney@wcsr.com
*Attorney for Defendant*

Date:  December 22, 2011

4