IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:11-CR-161-1 |
| | ) | |
| JOHNNY REID EDWARDS | ) | |

**GOVERNMENT'S MOTION TO SEAL ITS
RESPONSE TO DEFENDANT'S SUPPLEMENTAL FILING**

The United States of America, through the undersigned attorneys, respectfully moves this Court, to seal the Government's Response to Defendant's Supplemental Filing in Response to Sealed Order of the Court, this Motion to Seal, and the accompanying Order in the above-referenced case.

As noted in its underlying motion, the Government makes this motion to seal because the Defendant's underlying supplemental filing (Doc. 136) was filed under seal. The Government has no objection, however, to the unsealing of its response.

For this reason, at this time, the Government respectfully moves that this Court seal the Government's Response to Defendant's Supplemental Filing in Response to Sealed Order of the Court; this Motion to Seal; and the accompanying Order in this case, except that copies of the Order may be provided to counsel for the Government, counsel for defendant, John Edwards.

Dated: January 4, 2012

                              Respectfully submitted,

JOHN STUART BRUCE                       JACK SMITH
Attorney for the United States          Chief, Public Integrity Section
Acting under authority                  Criminal Division
conferred by 28 U.S.C. § 515            U.S. Department of Justice


By: /s/ Robert J. Higdon, Jr.           By: /s/ David V. Harbach, II
    Robert J. Higdon, Jr.                   David V. Harbach, II
    Brian S. Meyers                         Justin V. Shur
    Special Attorneys                       Jeffrey E. Tsai
    U.S. Attorney's Office                  Trial Attorneys
    310 New Bern Ave., Suite 800            Public Integrity Section
    Raleigh, NC 27601-1461                  Criminal Division
    Tel: (919) 856-4103                     U.S. Department of Justice
    Fax: (919) 856-4887                     1400 New York Ave., N.W., Ste. 12100
    bobby.higdon@usdoj.gov                  Washington, DC 20005
    State Bar No. 17229                     Tel: (202) 514-1412
                                            Fax: (202) 514-3003
                                            david.harbach@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on January 4, 2012, I filed the foregoing document on the Court's CM/ECF system, which will transmit a copy to the following counsel of record in this case:

| | |
|---|---|
| James P. Cooney, III<br>Womble Carlyle Sandridge & Rice, PLLC<br>One Wells Fargo Center<br>301 South College Street, Suite 3500<br>Charlotte, North Carolina 28202-6037 | Abbe David Lowell<br>Chadbourne & Parke, LLP<br>1200 New Hampshire Avenue, N.W.<br>Washington, DC 20036 |

 /s/ Brian S. Meyers
Special Attorney