# EXHIBIT 1

1200 New Hampshire Avenue NW, Washington, DC 20036
tel (202) 974-5600 fax (202) 974-5602

# CHADBOURNE
# &PARKE LLP

**Abbe David Lowell**
direct tel (202) 974-5605
adlowell@chadbourne.com

January 31, 2012

**VIA EMAIL AND FIRST CLASS MAIL**

David V. Harbach, Esquire
Trial Attorney
U.S. Department of Justice
Public Integrity Section
1400 New York Avenue, N.W.
Suite 1800
Washington, D.C. 20005

Robert J. Higdon, Jr., Esquire
Assistant U.S. Attorney
Chief, Criminal Division
U.S. Attorney's Office
Eastern District of North Carolina
Terry Sanford Federal Building
310 New Bern Avenue
Suite 800
Raleigh, NC 27601-1461

    Re: United States v. Edwards

Dear Messrs. Harbach and Higdon:

    In light of the Court's January 26, 2012, revised scheduling order requiring motions based on F.R.Evid. 801 (d)(2)(B)-(E) to be filed by February 15, 2012, we are writing to ask you to identify any statements of any witnesses that you seek to admit under those provisions. It is obviously impossible for us to be able to address or oppose the admission of statements as the Court has ordered without knowing what you intend.

    As you know from our motion, we are not even sure who you claim the 801(d)(2)(E) co-conspirators to be and, of course, even then what specific statements you profess were made to further the objects of the conspiracy. Once you tell us which is which, we can then decide if the statements represent people who are agents or if Mr. Edwards adopted the statement or if the statement was from a co-conspirator or even then if it was made in furtherance of any conspiracy for the motions practice addressed by the Court's schedule.

New York  Washington  Los Angeles  Mexico City  São Paulo  London  Moscow  Warsaw  Kyiv  Almaty  Istanbul  Dubai  Beijing

CHADBOURNE
PARKE LLP

Messrs. Harbach and Higdon         -2-         January 31, 2012

For our cross-examination of the government's case and our case-in-chief, we do not yet see any such statements to identify and believe our proffers would be under F.R.Evid. 801(d)(1).

As our motions are due in 15 days, we really need to have your intentions as soon as possible.

Sincerely,

Abbe David Lowell

cc:   James P. Cooney, Esquire