# EXHIBIT 3

AN INSIDER'S ACCOUNT OF JOHN EDWARDS'S PURSUIT OF THE PRESIDENCY AND THE SCANDAL THAT BROUGHT HIM DOWN

# THE POLITICIAN



THE STUNNING *NEW YORK TIMES* BESTSELLER

## ANDREW YOUNG

INCLUDES AN ALL-NEW AFTERWORD BY THE AUTHOR

he understood that what he was doing was shameful, and sensed that Cheri had never trusted him as I did. Of course, I couldn't do what he asked. I had already told Cheri everything. She was well aware of Rielle, and disapproved of the way the senator was putting his wife and children at risk. And now that Rielle was pregnant, this was obviously a long-term project and we didn't have the funds to support her lifestyle.

Once I was crossed off the list of potential donors, Edwards suggested David Kirby. The senator thought that Kirby owed him support because of all the big jury awards he had won for their firm, but Kirby did not agree. I suggested an appeal to Fred Baron, but the senator said, "Fred's got a big mouth, and he's too close to the Clintons." Finally we focused on Bunny Mellon, who had made it clear she would give Edwards money for extraneous expenses with no explanation required. Edwards called her, and "the Bunny money" began to flow. To make her feel rewarded for this aid, the senator stayed in touch by calling her from the road. In June, he called her from backstage in Manchester, New Hampshire, just prior to a nationally televised candidates debate. (On that same evening, I was attending a function at my kids' school—it was "Spanish Night"—and the senator called demanding I help him contact Rielle. Cell phone reception was poor at the school, so I had to leave the event to facilitate a three-way call.)

Bunny's checks, written for many hundreds of thousands of dollars, were made as payments to her decorator, Bryan Huffman, so that she wouldn't have to offer an explanation to the professionals who handled her accounts. These funds (and the money that came from Fred Baron later) were gifts, entirely proper, and not subject to campaign finance laws. She did not know that the money was being used in part for Rielle. Bunny sent the checks to Bryan hidden in boxes of chocolate and with notes dis