# EXHIBIT 4

ABC News – GMA; 20/20
Jan 29, 2010

# Timeline: Scandal According to Andrew Young

Ex-Edwards' Aide and Wife Chronicle the Elaborate Cover Up of John Edwards' Affair and Rielle Hunter's Pregnancy

By NADINE SHUBAILAT, JAMES HILL and TERI WHITCRAFT

Jan. 29, 2010



Andrew Young, a former longtime aide and trusted friend of Sen. John Edwards, sat down for an exclusive interview with ABC News' Bob Woodruff regarding his upcoming memoir, "The Politician, An Insider Account of Edwards' Pursuit of the Presidency and the Scandal that Brought Him Down."

Young chronicles his time with Edwards, including his efforts to hide the secret that would eventually shock the American public.

**Below is a timeline of events in the scandal according to Andrew and Cheri Young:**

**Nov. 3, 1998:** Edwards elected to the U.S. Senate. Soon after, Young starts working as his "body man."

**Sept. 15, 2003:** Edwards officially announces he is running for President on "The Daily Show with John Stewart."

**July 6, 2004:** John Kerry picks Edwards as his Vice Presidential candidate.

**Nov. 3, 2004:** Kerry-Edwards lose 2004 campaign and Edwards learns his wife Elizabeth has breast cancer.

**February 2005:** Edwards founds and directs the Center on Poverty, Work and Opportunity at University of North Carolina (UNC) law school. Young claims to have raised $3 million to endow the center.

**February 2006:** During a tour of several cities in support of unionized hotel workers, Edwards arrives in New York City and stays at the Regency Hotel. Edwards meets Rielle

**April 11, 2007:** Elizabeth leaves Young an angry voicemail saying she wants every single number he has.

"Andrew, I am tired of playing games with you. I want every single number, every single person ... We will not need you to have them. Every single number. And if that's not clear to you ... and if you dare, you can call John." Young believes Elizabeth was looking for Hunter's contact information.

**April, 19 2007:** Edwards's campaign suffers embarrassing blow after it is revealed the campaign paid for two $400 haircuts for Edwards from a Beverly Hills stylist. Rachel Mellon, known as Bunny, a 99-year-old heiress to the Mellon fortune, writes Young a letter saying that she would pay for any expenses the senator incurred that could not be covered by the campaign. This leads her to ultimately (and unwittingly) pay for Hunter's expenses.

**April 26, 2007:** Edwards at a televised Democratic debate is asked to name a person he considers a moral leader. After mentioning Jesus Christ and before naming his father, he says, "My wife, who I think is the finest human being I have ever known, is a source of great conscience for me." Hunter calls Young and says, "My wife is my moral leader? We're all going to hell."

**May 2007:** Hunter tells Edwards and Young she is pregnant. Young claims Edwards asks him to convince Hunter to have an abortion. Young, on behalf of Edwards, asks several people for financial help, but is refused. In the end they turn to Bunny Mellon. "She would do anything for him ... So, I called her and the Senator called her and she said, 'Absolutely, I will send you whatever money you need for this non-campaign expense, didn't care what it was as long as it was something to help John Edwards," says Young.

**July 30, 2007:** The Edwardses celebrate their 30th wedding anniversary with a trip to Wendy's. "Good Morning America" and People magazine give extensive coverage. Young says Hunter is outraged.

**Sept. 27, 2007:** The National Enquirer locates a pregnant Hunter in New Jersey at the home of her friend Mimi Hockman. Young, asked by Edwards to handle the matter, moves Hunter down to North Carolina. That was the first time Cheri Young meets Hunter.

**October/November 2007:** After two weeks of living with the Youngs, Hunter moves into a home nearby, paid for with Mellon's money. Young purchases Hunter a $28,0000 BMW in



STORY SLUG: ...................................................................................20/20

PRODUCER: ............................................................. ABC NEWS

INTERVIEWERS: ............. CHRIS CUOMO, ELIZABETH VARGAS

## INTERVIEWEES:
## ANNOUNCER, ALAN BUTTERFIELD, ELIZABETH EDWARDS, JOHN EDWARDS, HOST, RIELLE HUNTER, KID, JAY LENO, DAVID LETTERMAN, BARRY LEVINE, REPORTER, REPORTER, VOICEOVER, BRIAN WILLIAMS, BOB WOODRUFF, DAVID WRIGHT, ANDREW YOUNG, CHERI YOUNG, ANDREW YOUNG, ALAN BUTTERFIELD

TAPES: ..................................................................................1 (1)

INTERVIEW DATE: ......................................................01/29/2010

TRANSCRIPT PRINT DATE: .........................FEBRUARY 26, 2010

JOB TRACKING ID: ...............................................................100129

Ask For Transcripts From --- The Transcription Company: (818) 848-6500 --- WWW.TRANSCRIPTS.NET

**[1]22:23:26**                          **JOHN EDWARDS (FORMER PRESIDENTIAL CANDIDATE)**

I can't begin to tell you how honored I am.

**[1]22:23:28**                          **BOB WOODRUFF (ABC NEWS)**

(VO) ...no one in the crowd knows that he is expecting another child with his mistress Rielle Hunter.

**[1]22:23:34**                          **ANDREW YOUNG (AUTHOR**

There's a whole series of calls of how do we deal with this. This was no longer an affair. This was gonna be at least, at the minimum, a yearlong commitment. And it was gonna take much larger resources than we had.

**[1]22:23:45**                          **BOB WOODRUFF (ABC NEWS)**

(VO) Young says that he and Edwards turned to Rachel "Bunny" Mellon, a reclusive, then 96-year-old heiress who lives on this sprawling Virginia estate. She's a billionaire who Young says has taken a shine to Senator Edwards.

**[1]22:23:58**                          **ANDREW YOUNG (AUTHOR**

She just so believed in John Edwards and what he could do for the country, for the world.

**[1]22:24:03**                          **BOB WOODRUFF (ABC NEWS)**

(VO) A few weeks earlier, Young says Mellon bristled as Edwards was ridiculed for his $400 haircut.

                                     **[CLIP FROM "LATE SHOW WITH DAVID LETTERMAN"]**

**[1]22:24:09**                          **DAVID LETTERMAN (HOST**

By the way, while you folks are applauding, John Edwards raised another $3 million for haircuts.

**[1]22:24:14**                          **BOB WOODRUFF (ABC NEWS)**

(VO) Young says Mellon wrote him a note, offering to pay for all haircuts, etcetera, that are necessary but can not be covered by the campaign. It was time to find out what she meant by etcetera.

**[1]22:24:26**                          **ANDREW YOUNG (AUTHOR**

So I called her and, and the Senator called her. And she said, "Absolutely. I will send whatever money you need for this non-campaign expense." Didn't care what it was, as long as it was something to help John Edwards.

**[1]22:24:37**                          **BOB WOODRUFF (ABC NEWS)**

(VO) On their 30th anniversary, John and Elizabeth Edwards renew their wedding vows and celebrate at Wendy's, a family tradition. But just two months later, the Edwards' storybook image begins to unravel. It all starts with a tip to the "National Enquirer."

**[1]22:24:52**                          **BARRY LEVINE (EXECUTIVE EDITOR**

September 24th, 2007, one of our reporters took a phone call from a source who told us that John Edwards was having an affair.

**[1]22:25:02**                          **BOB WOODRUFF (ABC NEWS)**

(VO) Acting on that tip, the "National Enquirer" runs its first story on the affair without naming Hunter as the mistress.