IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:11-CR-161-CCE |
| | ) | |
| JOHNNY REID EDWARDS | ) | |

## WITNESS LIST

The United States of America, through the undersigned attorneys, respectfully advises the Court that the following individuals may be called as witnesses during the Government's case-in-chief:

      Armstrong, Laurie

      Baldick, Nick

      Baron, Lisa Blue

      Brumberger, Josh

      Bump, Cheryl

      Button, Wendy

      Carroll, Robert

      Collins, Nancy

      Cucchiara, Michael

      Danieley, Dan

      Davis, John

      Davis, Margaret

      Forger, Alexander

      Greto, Ron

      Haggard, Lora

Harris, Jeff

Hindery Jr., Leo

Hockman, Mimi

Huffman, Bryan

Hunter, Rielle

Kirby, David

Kornblau, Mark

Laws, Aliene

Lerner, Lois

Lloyd, Thomas

Mancera, Eileen

McGlynn, Kathleen

Medina, David

Mixer, Brian

Nelson, Matthew

Palmieri, Jennifer

Reilly, Timothy

Reynolds, Christina

Scher, Peter

Scott, Michelle

Short, Robert

Solomon, Savannah

Stacy, Adam

Stein, Josh

Stuber, Charles

Toben, Tim

  Willis, Tony

  Young, Andrew

  Young, Cheri

  Young, Patricia

  AT&T Representative (to be designated)

  Verizon Landline Representative (to be designated)

  Verizon Wireless Representative (to be designated)

Dated: April 12, 2012

          Respectfully submitted,

| JOHN STUART BRUCE | JACK SMITH |
|---|---|
| Attorney for the United States | Chief, Public Integrity Section |
| Acting under authority | Criminal Division |
| conferred by 28 U.S.C. § 515 | U.S. Department of Justice |
| | |
| By: /s/ Robert J. Higdon, Jr. | By: /s/ David V. Harbach, II |
|  Robert J. Higdon, Jr. |  David V. Harbach, II |
|  Brian S. Meyers |  Jeffrey E. Tsai |
|  Special Attorneys |  Trial Attorneys |
|  U.S. Attorney's Office |  Public Integrity Section |
|  310 New Bern Ave., Suite 800 |  Criminal Division |
|  Raleigh, NC 27601-1461 |  U.S. Department of Justice |
|  Tel: (919) 856-4103 |  1400 New York Ave., N.W., Ste. 12100 |
|  Fax: (919) 856-4887 |  Washington, DC 20005 |
|  bobby.higdon@usdoj.gov |  Tel: (202) 514-1412 |
|  State Bar No. 17229 |  Fax: (202) 514-3003 |
| |  david.harbach@usdoj.gov |

## CERTIFICATE OF SERVICE

This is to certify that on April 12, 2012, I filed the foregoing document on the Court's CM/ECF system, which will transmit a copy to the following counsel of record in this case:

Alan W. Duncan  
Allison O. Van Laningham  
Smith Moore Leatherwood LLP  
200 North Greene Street  
Suite 1400  
Greensboro, NC 27401

Abbe David Lowell  
Chadbourne & Parke, LLP  
1200 New Hampshire Avenue, N.W.  
Washington, DC 20036

/s/ Brian S. Meyers  
Special Attorney  
U.S. Attorney's Office  
310 New Bern Ave., Suite 800  
Raleigh, NC 27601-1461  
Tel: (919) 856-4035  
Fax: (919) 856-4887