IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:11-CR-161 |
| | ) | |
| JOHNNY REID EDWARDS | ) | |

## JOHN EDWARDS' WITNESS LIST

Please find listed below the potential witnesses that Defendant Johnny Reid Edwards reserves the right to call at trial. Defendant reserves the right to call any witness listed on the government's witness list and to supplement this list at the completion of discovery.

Defendant's potential witnesses are:

Douglas Abrams

Peggy Abrams

Nicholas Baldick

Alexis Battalion

Lisa Blue

Josh Brumberger

Katherine Buchanan

Wendy Button

Joseph Cheshire

James P. Cooney, III

Michael Cucchiara

Michael D'Antonio

Representative of David W. Harris and Company CPAs

John Davis

Lisa DePaulo

Robert Draper

Cate Edwards

Neil Eggleston

B.A. Farrell

Patricia Fiori

Alex Forger

Anderson Winstead Gardner

John Gardner

Melissa Geertsma

Lora Haggard

Jameson Kirk Hahn

Robert Harrison Hickman

Mary (Mimi) Hockman

Bryan Huffman

Rielle Hunter

Morgan Jackson

Ty Johnson

David Kirby

Mark Kornblau

Miles Lackey

Kathryn Diana Lee

Robert Lenhard

Robert Lester

Eileen Mancera

Kathleen McGlynn

Scott McLean

Brian Mixer

John Moylan

Samuel Allen Myers

Samuel Hamilton Myers

Matthew Nelson

Elizabeth Nicholas

Jennifer Palmieri

Jonathan Prince

Greg Pruitt

Andrea Purse

Timothy Reilly

Christina Reynolds

David Ellis Roberts

David "Mudcat" Saunders

Benjamin Shannon

Wade Smith

Julianna Smoot

Joshua Stein

Charles Stuber

Jennifer Swanson

Scott Thomas

Mary Thornton

Tim Toben

James Walsh


This the 12th day of April, 2012.

| | |
|---|---|
| /s/ Abbe David Lowell, *pro hac vice* | /s/ Alan W. Duncan |
| adlowell@chadbourne.com | N.C. State Bar No. 8736 |
| Christopher D. Man | alan.duncan@smithmoorelaw.com |
| cman@chadbourne.com | |
| Michael Pusateri | /s/ Allison O. Van Laningham |
| mpusateri@chadbourne.com | N.C. State Bar No. 23430 |
| | allison.vanlaningham@smithmoorelaw.com |
| | |
| CHADBOURNE & PARKE LLP | SMITH MOORE LEATHERWOOD LLP |
| 1200 New Hampshire Ave., NW | Post Office Box 21927 |
| Washington, DC 20036 | Greensboro, NC  27420 |
| Telephone: 202-974-5600 | Telephone: (336) 378-5200 |
| Facsimile: 202-974-5602 | Facsimile: (336) 378-5400 |

*Attorneys for Defendant Johnny Reid Edwards*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>David V. Harbach, II (david.harbach@usdoj.gov)
>Jeffrey E. Tsai (jeffrey.tsai@usdoj.gov)
>Robert J. Higdon, Jr. (bobby.higdon@usdoj.gov)
>Brian Scott Meyers (brian.s.meyers@usdoj.gov)
>*United States Department of Justice*

This the 12th day of April, 2012.

>/s/ Allison O. Van Laningham
>N.C. State Bar No. 23430
>Attorney for Defendant Johnny Reid Edwards
>SMITH MOORE LEATHERWOOD LLP
>Post Office Box 21927
>Greensboro, NC  27420
>Telephone: (336) 378-5200
>Facsimile: (336) 378-5400
>E-mail:  allison.vanlaningham@smithmoorelaw.com