IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CR161-1 |
| | ) | |
| JOHNNY REID EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

PROTECTIVE ORDER

This matter is before the Court on a Motion to Quash Subpoena (Doc. 220) filed by David W. Harris & Company CPA, relating to accounting records of Andrew Young and Cheri Young ("Youngs' Accounting Records"). The Court has reviewed the Motion and finds that a subpoena was issued pursuant to the Federal Rules of Criminal Procedure directed to David W. Harris & Company CPA, for the production of the Youngs' Accounting Records, and that Mr. Harris has moved to quash the subpoena on the grounds that Mr. and Ms. Young have not consented to the production of the Youngs' Accounting Records which include confidential and potentially privileged information. The defendant's counsel has informed the Court that through discussions with the Youngs' counsel and the accounting firm's counsel, David W. Harris and Company, CPA and the Youngs

have consented to the production of the Youngs' Accounting Records, subject to the protection of the confidentiality of information and documents by this Court.

Accordingly, the Court finds that the protective order sought by the interested parties is narrow and appropriate to protect the interests of the litigants in the civil case, the confidentiality of the Youngs' Accounting Records, and the interests of the parties in this case. The Court further finds that the government does not object to the entry of this Protective Order.

THEREFORE, it is ORDERED that the Young's Accounting Records shall be used only for the purposes of this litigation, and shall otherwise be maintained in confidence pending use at trial, that the parties shall notify the Youngs of the intent to use any portion of the Youngs' Accounting Records in any filing or at trial, and that the parties shall account for the Youngs' Accounting Records at the conclusion of the proceedings in this case.

This the 16th day of April, 2012.

_____
United States District Judge