IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:11-CR-161 |
| | ) | |
| JOHNNY REID EDWARDS | ) | |

## DEFENDANT'S TRIAL EXHIBIT LIST

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 1 | U.S. FEC Guideline for Presentation in Good Order (July 2007) JRE007514 – JRE007614 |
| 2 | Edwards for President Fundraising Manual (January 9, 2003) GOV089203 - GOV089233 |
| 3 | John Edwards for President Fundraising Manual (July 2007) GOV340902 - GOV340934 |
| 4 | John Edwards for President Guidelines for Volunteer Fundraisers GOV384938 - GOV384941 |
| 5 | Congressional Candidates and Committees (June 2004) GOV056631 - GOV057093 |
| 6 | *Coal Firm's Former Head Accused of Making Illegal Contributions He Allegedly Had Employees Write Checks To Candidates, Then Repaid The Workers In Cash* JRE008623 - JRE008625 |

| Def. Exhibit No. | **Exhibit Description** |
|:---:|:---:|
| 7 | *Pottsville Man Guilty of Illegal Donations James J. Curran Jr., A Coal Company Owners, Said He Would Appeal* <br> (December 3, 1992) <br> JRE008626 - JRE008627 |
| 8 | *Sun-Diamond Growers Indicted / Co-op faces charges in Espy probe* <br> *(June 14, 1996)* <br> JRE008628 - JRE008629 |
| 9 | *Did Firm Pay Espy For Favors?  Crop Growers Corp. Indicted On Charges It Tried To Buy Access To Former Secretary of Agriculture* <br> *(November 3, 1996)* <br> JRE008630 - JRE008632 |
| 10 | *Couple Agrees to Guilty Plea in Illegal Gifts to Democrats* <br> *(May 22, 1997)* <br> JRE008633 - JRE008635 |
| 11 | *Couple Agree To Guilty Plea In Illegal Gifts To Democrats* <br> *(May 22, 1997)* <br> JRE008636 - JRE008637 |
| 12 | *Huang Helped to Raise Funds While at Agency* <br> *(May 25, 1997* <br> JRE008638 - JRE008639*)* |
| 13 | *Ron Brown's Son Guilty In Election-fundraising Case* <br> *(August 29, 1997)* <br> JRE008640 - JRE008641 |
| 14 | *Former Clinton Ag Secretary Indicted, Facing 39 Charges* <br> JRE008642 - JRE-008645 |
| 15 | *Pieces of the Puzzle* <br> (November 30, 1997) <br> JRE008646 - JRE008647 |
| 16 | *Maria HSIA Indicted* <br> (February 18, 1998) <br> JRE008650 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 17 | *Hsia Indicted Over Temple Fund-Raiser*<br>(February 19, 1998)<br>JRE008651 - JRE008652 |
| 18 | *State Treasurer Linked to Asian Funds, Records Show*<br>(February 25, 1998)<br>JRE008653 - JRE008655 |
| 19 | *Campaign Finance Key Player:  Maria Hsia*<br>(March 4, 1998)<br>JRE008656 |
| 20 | *Criminal Information Filed Against Johnny Chung*<br>(March 5, 1998)<br>JRE008657 - JRE008658 |
| 21 | *Kanchanalak and Kroneberg Indicted*<br>(July 13, 1998)<br>JRE008661 - JRE008662 |
| 22 | *Democratic Fundraiser Howard Glicken Pleads Guilty*<br>(July 20, 1998)<br>JRE008663 |
| 23 | *Future Tech International and It's CEO Agree to Plead Guilty To Tax and Campaign Finance Charges*<br>(December 17, 1998)<br>JRE008664 - JRE008665 |
| 24 | *Justice Department Files Charges Against Democratic Contribution For Violating Election Law*<br>(April 6, 1999)<br>JRE008666 - JRE008667 |
| 25 | *Charlie Trie Pleads Guilty to Federal Campaign Finance Violations*<br>(May 21, 1999)<br>JRE008668 - JRE008670 |
| 26 | *Clinton Fund-Raiser to Plead Guilty*<br>(May 22, 1999)<br>JRE008671 - JRE008672 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 27 | *The Exploits of Charlie Trie*<br>(August 3, 1997)<br>JRE008673 - JRE008674 |
| 28 | *Yogesh Gandhi Pleads Guilty to Election Law, Mail Fraud and Tax Violations*<br>(June 25, 1999)<br>JRE008675 - JRE008677 |
| 29 | *John Huang Pleads Guilty To Violating Federal Campaign Finance Laws*<br>(August 12, 1999)<br>JRE008678 - JRE008679 |
| 30 | *New Jersey Businessman Charged In Campaign Financing Case*<br>(September 15, 1999)<br>JRE008680 - JRE008682 |
| 31 | *New Jersey Businesswoman Pleads Guilty to Obstruction of Justice*<br>(June 6, 2000)<br>JRE008683 - JRE008685 |
| 32 | *New Jersey Attorney Sentenced in Campaign Finance Case*<br>(October 12, 2000)<br>JRE008686 - JRE008689 |
| 33 | *James Raidy Pleads Guilty Will Pay Largest Fine In Campaign Finance History for Violating Federal Election Law*<br>(January 11, 2001)<br>JRE008690 - JRE008694 |
| 34 | *Record Campaign Finance Fines Assessed*<br>JRE008695 - JRE008699 |
| 35 | *County Prosecutor Marlinga is charged in rape-case payoffs*<br>(April 23, 2004)<br>JRE008700 - JRE008703 |
| 36 | *Former Democrat Fundraiser Mark B. Juminez Pleads Guilty to Federal Tax Evasion and Election Financing Charges*<br>(August 1, 2003)<br>JRE008704 - JRE008705 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 37 | *Former Democrat Fundraiser Mark B. Jimenez Sentenced on Federal Tax Evasion and Election Financing Charges*<br>(November 13, 2003)<br>JRE008706 |
| 38 | *Illegal campaign contributions add to Kerry's election coffers (The China Connection)*<br>(April 5, 2004)<br>JRE008707 - JRE008711 |
| 39 | *Prosecutor Indicted for Bribery After Two Men Exonerated of Kidnapping and Rape*<br>JRE008712 - JRE008717 |
| 40 | *Hillary Campaign Finance Director Indicted*<br>(January 7, 2005)<br>JRE008719 - JRE008720 |
| 41 | *Mrs. Clinton's Former Top Fund-Raiser is Acquitted of False-Filing Charges*<br>(May 28, 2005)<br>JRE008721 - JRE008724 |
| 42 | *Clinton donor wanted by FBI in scheme to funnel money*<br>(March 3, 2007)<br>JRE008725 - JRE008726 |
| 43 | *Pakistani political donor in U.S. Court*<br>(May 30, 2007)<br>JRE008727 - JRE008728 |
| 44 | *Ex-Kevorkian lawyer faces conspiracy charges*<br>(August 22, 2007)<br>JRE008729 - JRE008730 |
| 45 | *Clinton Donor Under a Cloud in Fraud Case*<br>August 30, 2007<br>JRE008731 - JRE008735 |
| 46 | *Hilary Clinton Returning Hsu's $850,000*<br>(September 11, 2007)<br>JRE008736 - JRE008737 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 47 | *Governor of Puerto Rico and Twelve Others Indicted for Election Related Crimes*<br>(March 27)<br>JRE008738 - JRE008740 |
| 48 | FEC Advisory Report 2000-08 re: Philip D. Harvey<br>(June 14, 2000)<br>JRE009165 – JRE009168 |
| 49 | FED MUR5141 re: Honorable James P. Moran et als.<br>(March 11, 2002)<br>JRE008617 - JRE008621 |
| 50 | FEC MUR6200 re: Senator John Ensign et als.<br>(November 17, 2010)<br>JRE008605 - JRE008615 |
| 51 | FEC Report of Receipts and Disbursements By An Authorized Committee of a Candidate for the Office of President or Vice-President<br>(July 15, 2011)<br>JRE009169 - JRE009207 |
| 52 | Report of Receipts and Disbursements<br>(October 14, 2011)<br>JRE009208   - JRE009254 |
| 53 | Report of Receipts and Disbursements<br>(January 31, 2012)<br>JRE009255 – JRE009289 |
| 54 | Report of Receipts and Disbursements<br>(April 15, 2012)<br>Will supplement after filed |
| 55 | *Charlie Trie and Associate Indicted*<br>(January 29, 1998)<br>JRE008648 – JRE008649 |
| 56 | *Thai Women Indicted In Fund-Raising Probe*<br>(July 14, 1998)<br>JRE008659 – JRE008660 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 57 | FED MUR6105 re: Governor Sarah Palin<br>(April 16, 2009)<br>JRE008741 - JRE008744 |
| 60 | Letter from Alex Forger to Senator Edwards enclosing Rachel Mellon's $500,000 contribution to The Center for Promise & Opportunity Foundation - ck # 64022<br>(January 19, 2006)<br>GOV217766 - GOV217767 |
| 61 | Letter from Alex Forger to Senator Edwards enclosing Rachel Mellon's $500,000 contribution to The Center for Promise & Opportunity - ck # 64024<br>(January 19, 2006)<br>GOV217764 - GOV217765 |
| 62 | Memo from Alex Forger to Ken Star enclosing the IRS determination letter for Rachel Mellon's $500,000 contribution to The Center for Promise & Opportunity Foundation<br>(February 13, 2006)<br>GOV217768 - GOV217771 |
| 63 | Letter from Alex Forger to Lexi Bar enclosing Rachel Mellon's $750,000 contribution to the Center for Promise & Opportunity - ck # 65176<br>(June 14, 2006)<br>GOV032039 and GOV217774 |
| 64 | Letter from Alex Forger to Lexi Bar enclosing<br>Rachel Mellon's $650,000 contribution to the Center for Promise & Opportunity - ck # 66271<br>(October 24, 2006)<br>GOV032042 - GOV032043 |
| 65 | Letter from Alex Forger to Rachel Mellon<br>(October 25, 2006)<br>GOV032045 |
| 66 | Letter from Alex Forger to Jennifer Swanson enclosing Rachel Mellon's $250,000 contribution to the Center for Promise & Opportunity - ck # 1214<br>(December 6, 2006)<br>GOV032046 - GOV032047 |

7

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 67 | Andrew Young email to Alex Forger<br>(December 6, 2006)<br>GOV032048 |
| 68 | Alex Forger email to Andrew Young<br>(December 6, 2006)<br>GOV217492 |
| 69 | Letter from Lora Haggard to Alex Forger - receipt of Rachel Mellon's $1,150,000 contributions for 2006<br>(January 31, 2007)<br>GOV217791 |
| 70 | Alex Forger email to Andrew Young<br>(April 24, 2007)<br>GOV031796 |
| 71 | Alex Forger letter to Nick Baldick enclosing Rachel Mellon's $1,000,000 contribution to The Alliance For A New America<br>(August 1, 2007)<br>GOV217525 |
| 72 | Alex Forger letter to Nick Baldick enclosing Rachel Mellon's $1,000,000 contribution to The Alliance For A New America - CK # 68678<br>(September 17, 2007)<br>GOV217533-GOV217534 |
| 73 | Alex Forger letter to Nick Baldick enclosing Rachel Mellon's $780,000 contribution to The Alliance For A New America<br>ck # 69108<br>(November 15, 2007)<br>GOV217538-GOV217539 |
| 74 | Index of Rachel Mellon contributions to The Center for Promise & Opportunity, The Center for Promise & Opportunity Foundation and The Alliance for a New America between January 19, 2006 - December 18, 2007<br>GOV031788 |
| 80 | Rachel Mellon handwritten letter to John Edwards<br>(March 23, 2007)<br>GOV217494 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 81 | Rachel Mellon handwritten letter to Elizabeth Edwards (March 23, 2007) GOV217495 |
| 82 | Rachel Mellon handwritten letter to John Edwards (October 30, 2007) GOV217498-GOV217499 |
| 83 | Rachel Mellon handwritten letter to Elizabeth Edwards (November 21, 2007) GOV217500 |
| 84 | Rachel Mellon letter to John Edwards (January 27, 2008) GOV217501 |
| 85 | Rachel Mellon handwritten letter to John Edwards (February 13, 2008) GOV217502 |
| 86 | Rachel Mellon handwritten letter to John Edwards (February 18, 2008) GOV217503 |
| 87 | Rachel Mellon handwritten letter (February 28, 2008) GOV217504 |
| 88 | Rachel Mellon's handwritten letter GOV217505 |
| 89 | Rachel Mellon handwritten letter to John Edwards (April 28, 2008) GOV217506 |
| 90 | Rachel Mellon handwritten letter to John Edwards (May 21, 2008) GOV217509 |
| 91 | Rachel Mellon handwritten letter to John Edwards (June 10, 2008) GOV217510 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 92 | Rachel Mellon handwritten letter to John Edwards<br>(June 19, 2008)<br>GOV015079 |
| 93 | Ailene Laws letter to John Edwards<br>(July 10, 2008)<br>GOV015083 |
| 94 | Rachel Mellon letter to John Edwards<br>(January 27, 2008)<br>GOV015069 |
| 95A | Rachel Mellon voicemail<br>(December 4, 2010) |
| 95B | Rachel Mellon voicemail<br>(January 18, 2011) |
| 95C | Rachel Mellon voicemail<br>(January 27, 2011) |
| 96 | Rachel Mellon handwritten letter to Andrew Young<br>(April 21, 2007)<br>GOV217496 - GOV217497 |
| 97 | Handwritten letter from Tony Willis on behalf of Rachel Mellon to Andrew Young<br>GOV217508 |
| 98 | Rachel Mellon $10,000 check to Bryan Huffman<br>(ck # 1102)<br>(June 7, 2007)<br>GOV031859 - GOV031860 |
| 99 | Rachel Mellon $25,000 check to Bryan Huffman<br>(ck # 1103)<br>(June 11, 2007)<br>GOV031861 - GOV031862 |
| 100 | Rachel Mellon $65,000 check to Bryan Huffman<br>(ck # 1104)<br>(June 17, 2007)<br>GOV031863 - GOV031864 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 101 | Bryan Huffman handwritten letter to Andrew Young enclosing Rachel Mellon's $100,000 check to Bryan Huffman<br>(ck. # 1110)<br>(August 22, 2007)<br>GOV217526 |
| 102 | Rachel Mellon's $150,000 check to Bryan Huffman (ck# 1113)<br>(September 26, 2007)<br>GOV031867 - GOV031868 |
| 103 | Rachel Mellon's $175,000 check to Bryan Huffman<br>(ck # 1120)<br>(December 12, 2007)<br>GOV217540 |
| 104 | Rachel Mellon $200,000 check to Bryan Huffman<br>(ck # 1119)<br>(January 23, 2008)<br>GOV21833 |
| 105 | Rachel Mellon Amended 2007 Gift Tax Return<br>(March 4, 2009)<br>GOV032655 - GOV32665 |
| 106 | Rachel Mellon 2008 Gift Tax Return<br>(April 14, 2009)<br>GOV421290-GOV421305 |
| 120 | Lisa Blue email to Rielle Hunter<br>(July 16, 2007)<br>GOV218492 |
| 121 | Lisa Blue email to Rielle Hunter<br>(August 7, 2007)<br>GOV039154 |
| 122 | Lisa Blue email to Rielle Hunter<br>(September 4, 2007)<br>GOV039190 |
| 123 | Lisa Blue email to Rielle Hunter<br>(October 16, 2007)<br>GOV039268 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 124 | Rielle Hunter email to Lisa Blue<br>(April 7, 2008)<br>GOV057177-GOV057181 |
| 125 | Rielle Hunter email to Lisa Blue<br>(April 13, 2008)<br>GOV057176 |
| 126 | Rielle Hunter email to Lisa Blue<br>(April 26, 2008)<br>GOV057174 |
| 127 | Lisa Blue email to Rielle Hunter<br>(May 3, 2008)<br>GOV039311 |
| 128 | Rielle Hunter email to Lisa Blue<br>(May 5, 2008)<br>GOV057173 |
| 129 | Lisa Blue email to Rielle Hunter<br>(May 9, 2008)<br>GOV039308 - G0V039309 |
| 130 | Rielle Hunter email to Lisa Blue<br>(June 15, 2008)<br>GOV057170 |
| 131 | Rielle Hunter email to Lisa Blue<br>(July 4, 2008)<br>GOV057165 |
| 132 | Lisa Blue email to Lisa Blue<br>(October 16, 2008)<br>GOV039312 |
| 133 | Rielle Hunter email to Lisa Blue<br>(October 26, 2008)<br>GOV057199 |
| 134 | Rielle Hunter email to Lisa Blue<br>(October 26, 2008)<br>GOV057198 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 135 | Rielle Hunter email to Lisa Blue<br>(November 6, 2008)<br>GOV057195 - GOV057197 |
| 136 | Rielle Hunter email to Lisa Blue<br>(November 14, 2008)<br>GOV057194 |
| 137 | Lisa Blue email to Lisa Blue<br>(November 14, 2008)<br>GOV039321 |
| 138 | Rielle Hunter email to Lisa Blue<br>(November 27, 2008)<br>GOV057193 |
| 139 | Lisa Blue email to Lisa Blue<br>(November 27, 2008)<br>GOV039322 |
| 140 | Rielle Hunter email to Lisa Blue<br>(December 25, 2008)<br>GOV057189 - GOV057192 |
| 141 | Rielle Hunter email to Lisa Blue<br>(February 28, 2009)<br>GOV057182 - GOV057184 |
| 145 | Fred Baron email to Jennifer Swanson<br>(November 1, 2008)<br>GOV084457 |
| 146 | Wendy Stanley email to Fred Baron<br>(April 18, 2007)<br>GOV227213 |
| 147 | Marc Stanley email to Fred Baron<br>(May 7, 2007)<br>GOV240121 |
| 148 | Fred Baron email to Kim Taylor<br>(May 14, 2007)<br>GOV244708 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 149 | Bill Millet email to Fred Baron<br>(June 12, 2007)<br>GOV283851 |
| 150 | Kim Taylor email to Fred Baron<br>(October 15, 2007)<br>GOV440455 |
| 151 | Kim Taylor email to Kathleen McGlynn<br>(October 17, 2007)<br>GOV442692 |
| 152 | Fred Baron email to Fred Baron<br>(October 22, 2007)<br>GOV449753 |
| 153 | $3M Promissory Note from Timothy Toben, Michael Cucchiara, Frank Phoenix, Richard Diesk and Thomas Tucker to Frank Baron<br>(July 11, 2008)<br>GOV055119 – GOV055125 |
| 154 | Second Modification Agreement between Lisa Baron Blue and Timothy Toben, Frank Phoenix, Richard Diesk, Thomas Tucker and Michael Cucchiara<br>(July 13, 2010)<br>GOV218518 – GOV218519 |
| 155 | Quicken Register between December 1, 2007 - December 31, 2008<br>(October 26, 2009)<br>GOV057095 |
| 156 | Fred Baron's 2008 Gift Tax Return<br>(October 13, 2009)<br>GOV057214 - GOV057231 |
| 157 | Newsobserver.com article *Baron: I provided assistance*<br>(August 8, 2008)<br>JRE008622 |
| 158 | Andrew Young Expense Report |
| 159 | Supplemental Response to Request 24<br>GOV180180 - GOV180303 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 161 | Summary Chart of Fred Baron and Lisa Blue Baron's Political Contributions<br>JRE009290 |
| 162 | Federal Election Commission Website Printout Delineating Fred Baron's Political Contributions<br>JRE009291 – JRE009324 |
| 163 | Federal Election Commission Website Printout Delineating Lisa Blue Baron's Political Contributions<br>JRE009325 – JRE009351 |
| 170 | Elizabeth Edwards email to Mark Kornblau<br>(December 6, 2007)<br>GOV506539 - GOV506542 |
| 171 | Elizabeth Edwards email chain with Jonathan Prince<br>(December 9, 2007)<br>GOV508656 - GOV508658 |
| 172 | Elizabeth Edwards email chain with Matthew Nelson<br>(January 24, 2008)<br>GOV554711 |
| 173 | Elizabeth Edwards email chain with Lauren Mandelker<br>(January 26, 2008)<br>GOV557498 |
| 174 | Elizabeth Edwards email to Jennifer Palmieri<br>(July 26, 2008)<br>GOV217963 |
| 175 | Elizabeth Edwards email to Jennifer Palmieri<br>(July 31, 2008)<br>GOV217967 |
| 180 | Dominic Williams email forwarding article *Clinton Grows Stronger As Obama & Edwards Attack - Obama Negatives Raising, Edwards' Vote Flat*<br>(November 5, 2007)<br>GOV478888 - GOV478889 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 181 | Dominic Williams email forwarding article *Obama's standing in Iowa poll shifts contest* (November 25, 2007) GOV494296 - GOV494298 |
| 182 | *As N.H. Primary Nears, Clinton Clings to Narrow Lead* (December 6, 2007) GOV506123 - GOV506124 |
| 183 | Dominic Williams email forwarding article *Poll Electability key among Democrats* (December 18, 2007) GOV518109 - GOV518110 |
| 184 | Chart showing Iowa polling of likely caucus goers (May 29, 2006 - January 2, 2008) |
| 190 | Financial Records Summary Charts |
| 210 | Telephone Records Summary Charts |
| 235 | Schedules for Senator John Edwards (December 2006) JRE003261 – JRE003272 |
| 236 | Schedules for Senator John Edwards (January 2007) JRE000542 – JRE000552 JRE000714 – JRE000752 JRE000855-JRE000895 JRE000903 – JRE000909 JRE000920 – JRE000953 JRE000963 – JRE000981 JRE000999 – JRE001027 JRE001054 – JRE001070 JRE003327 – JRE003379 JRE003467 – JRE003470 JRE003496 – JRE003499 |
| 237 | Schedules for Senator John Edwards (February 2007) JRE001071 – JRE001227 JRE003273 – JRE003326 |

16

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 238 | Schedules for Senator John Edwards<br>(March 2007)<br>JRE001222 – JRE001407, JRE003380 - JRE003444 |
| 239 | Schedules for Senator John Edwards<br>(April 2007)<br>JRE001481 - JRE001550, JRE003225 |
| 240 | Schedules for Senator John Edwards<br>(May 2007)<br>JRE001551 - JRE001730 |
| 241 | Schedules for Senator John Edwards<br>(June 2007)<br>JRE001731 - JRE001932 |
| 242 | Schedules for Senator John Edwards<br>(July 2007)<br>JRE000688 - JRE000691, JRE001933 - JRE002133 |
| 243 | Schedules for Senator John Edwards<br>(August 2007)<br>JRE000607 - JRE000620<br>JRE000692 - JRE000713<br>JRE002134 - JRE002311<br>JRE003232 - JRE003260 |
| 244 | Schedules for Senator John Edwards<br>(September 2007)<br>JRE002312 - JRE002363<br>JRE002370 - JRE002526<br>JRE003488 - JRE003489 |
| 245 | Schedules for Senator John Edwards<br>(October 2007)<br>JRE002527 - JRE002759 |
| 246 | Schedules for Senator John Edwards<br>(November 2007)<br>JRE002760 - JRE002956, JRE003476<br>JRE003500 - JRE003502 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 247 | Schedules for Senator John Edwards<br>(December 2007)<br>JRE000553 - JRE000559<br>JRE002957 - JRE002985<br>JRE003113 - JRE003224<br>JRE003477 - JRE003481 |
| 248 | Schedules for Senator John Edwards<br>(January 2008)<br>JRE000560 - JRE000578<br>JRE000621 - JRE000687<br>JRE000753 - JRE001065<br>JRE003445 - JRE003466<br>JRE003485 - JRE003495<br>JRE003503 - JRE003513 |
| 250 | Contempt Order<br>*Rielle Hunter v. Andrew Young and Cheri Young*<br>(February 5, 2010)<br>GOV181119 – GOV181125 |
| 251 | Order Finding Probable Cause for Criminal Contempt<br>*Rielle Hunter v. Andrew Young and Cheri Young,*<br>(October 6, 2011)<br>JRE009352 – JRE009355 |
| 255 | AIA Owner Contractor Contract for Andrew and Cheri Young's home<br>GOV576028 – GOV576039 |
| 256 | Certificate of Occupancy for the home of Andrew and Cheri Young<br>GOV575983 |
| 257 | Photographs of Andrew and Cheri Young's home<br>JRE009356 – JRE009360 |
| 258A | McLean Building Company Request for Payment # 1<br>GOV572503 – GOV572505 |
| 258B | McLean Building Company Request for Payment # 2<br>GOV572493 – GOV572495 |
| 258C | McLean Building Company Request for Payment # 3<br>GOV572483 – GOV572485 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 258D | McLean Building Company Request for Payment # 4<br>GOV572469 – GOV572475 |
| 258E | McLean Building Company Request for Payment # 5<br>GOV572456 – GOV572461 |
| 258F | McLean Building Company Request for Payment # 6<br>GOV572442 – GOV572448 |
| 258G | McLean Building Company Request for Payment #7<br>GOV572428 – GOV572434 |
| 258H | McLean Building Company Request for Payment # 8<br>GOV572414 – GOV572420 |
| 258I | McLean Building Company Request for Payment # 9<br>GOV572399 – GOV572406 |
| 258J | McLean Building Company Request for Payment #10<br>GOV572382 – GOV572391 |
| 258K | McLean Building Company Request for Payment # 11<br>GOV572364 – GOV572374 |
| 258L | McLean Building Company Request for Payment # 12<br>GOV572345 – GOV572355 |
| 258M | McLean Building Company Request for Payment # 13<br>GOV572327 – GOV572337 |
| 259A | McLean Building Company Chart of Job Costs to Date<br>(November 6, 2007)<br>GOV572506 – GOV572511 |
| 259B | McLean Building Company Chart of Job Costs to Date<br>(December 3, 2007)<br>GOV572496 – GOV572502 |
| 259C | McLean Building Company Chart of Job Costs to Date<br>(January 3, 2008)<br>GOV572486 – GOV572492 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 259D | McLean Building Company Chart of Job Costs to Date<br>(February 5, 2008)<br>GOV572476 – GOV572482 |
| 259E | McLean Building Company Chart of Job Costs to Date<br>(March 3, 2008)<br>GOV572462 – GOV572468 |
| 259F | McLean Building Company Chart of Job Costs to Date<br>(April 3, 2008)<br>GOV572449 – GOV572455 |
| 259G | McLean Building Company Chart of Job Costs to Date<br>(May 2, 2008)<br>GOV572435 – GOV572441 |
| 259H | McLean Building Company Chart of Job Costs to Date<br>(June 3, 2008)<br>GOV572421 – GOV572427 |
| 259I | McLean Building Company Chart of Job Costs to Date<br>(July 2, 2008)<br>GOV572407 – GOV572413 |
| 259J | McLean Building Company Chart of Job Costs to Date<br>(August 4, 2008)<br>GOV572392 – GOV572398 |
| 259K | McLean Building Company Chart of Job Costs to Date<br>(August 28, 2008)<br>GOV572375 – GOV572381 |
| 259L | McLean Building Company Chart of Job Costs to Date<br>(October 22, 2008)<br>GOV572356 – GOV572362 |
| 259M | McLean Building Company Chart of Job Costs to Date<br>(December 8, 2008)<br>GOV572338 – GOV572344 |
| 260 | Wire Confirmation Payment received from Fred Baron<br>(March 31, 2008)<br>GOV573372 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 261A | Wire Confirmation of payments from Wachovia construction loan<br>(June 13, 2008)<br>GOV573555 |
| 261B | Wire Confirmation of payments from Wachovia construction loan<br>(August 7, 2008)<br>GOV573341 |
| 262A | Change Order<br>Income Work Sheet – January 8, 2008<br>GOV571813 – GOV571826 |
| 262B | Change Order 1<br>(January 8, 2008)<br>GOV571827 – GOV571840 |
| 262C | Change Order<br>Notable Changes in Pricing from Change Order 1 to Change Order 2<br>(March 21, 2008)<br>GOV571794 – GOV571795 |
| 262D | Change Orders #2<br>(March 13, 2008)<br>GOV571796 – GOV571810 |
| 262E | Change Orders # 3<br>(May 30, 2008)<br>GOV571778 – GOV571792 |
| 262F | Change Orders #4<br>(June 10, 2008)<br>GOV571763 – GOV571777 |
| 262G | Change Orders #5<br>(August 1, 2008)<br>GOV571745 – GOV571759 |
| 262H | Change Orders # 6<br>(August 28, 2008)<br>GOV571704 – GOV571718 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 263 | Chart of Costs Remaining (August 28, 2008) GOV571688 |
| 264 | Site Survey GOV575984 |
| 265A | Proposal from Creative Pools GOV571899 |
| 265B | Proposal from Creative Pools GOV571812 |
| 266 | Contract with Creative Pools GOV571762 |
| 267 | McLean Builders Final Estimate Status GOV571689 – GOV571703 |
| 268 | Cheri Young handwritten note GOV571928 |
| 269 | Andrew Young Email to McLean and others dated 8-05-09 GOV574083 – GOV574084 |
| 270 | Bid Sheet GOV571859 – GOV571871 |
| 271 | McLean Building Company Memo to Subcontractors (August 27, 2007) GOV571994 |
| 272 | Andrew Young Email to Greg Pruitt and others dated 8-13-2008 GOV574174 |
| 273 | Creative Pools Invoices GOV573956 – GOV573957 |
| 274 | McLean Builders Closed Jobs Report GOV572246 |
| 289 | James T. Walsh Resume |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 290 | Medical Record<br>(July 3, 2007)<br>JRE007510<br>GOV172991 |
| 291 | Medical Record<br>(August 6, 2007)<br>JRE007507 – JRE007509 |
| 292 | Medical Record<br>(September 17, 2007)<br>JRE007511 – JRE007513 |
| 293 | Scott Thomas Resume |
| 294 | Robert Lenhard Resume |
| 295 | Curriculum Vitae of Robert H. Lester, M.D. |
| 296 | Excerpt from hearing in *Rielle Hunter v. Andrew and Cheri Young*<br>(September 12, 2011)<br>JRE009361 – JRE009366 |
| 297 | Email from Neil Eggleston to Mark Kornblau<br>(December 17, 2007)<br>JRE007624 |
| 298 | Lisa DePaulo's copy of *The Politician* |
| 800 | American Express<br>GOV28305-GOV28352 |
| 801A | American Express<br>GOV26993-GOV27168 |
| 801B | American Express<br>GOV27175-GOV27357 |
| 801C | American Express<br>GOV27363-GOV27542 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 801D | American Express<br>GOV27547-GOV27560 |
| 802 | RBC Centura<br>JRE003942-JRE004031 |
| 803 | Wachovia Bank<br>GOV15498-GOV15520 |
| 804A | Wachovia Bank<br>GOV15467-GOV15478 |
| 804B | Wachovia Bank<br>GOV41592-GOV41604 |
| 805 | Wachovia Bank<br>GOV15446-GOV15447 |
| 806A | Wachovia Securities (two accounts)<br>GOV19192-GOV19406 |
| 806B | Wachovia Securities (two accounts)<br>GOV42202-GOV42295 |
| 806C | Wachovia Securities (two accounts)<br>GOV42296-GOV42342 |
| 806D | Wachovia Securities (two accounts)<br>GOV18971-GOV19014 |
| 806E | Wachovia Securities (two accounts)<br>GOV19016-GOV19019 |
| 806F | Wachovia Securities (two accounts)<br>GOV19176-GOV19191 |
| 806G | Wachovia Securities (two accounts)<br>GOV42079-GOV42113 |
| 807A | Wachovia Bank Accounts (two accounts)<br>GOV15438-GOV15439 |
| 807B | Wachovia Bank Accounts (two accounts)<br>GOV15598-GOV16028 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 807C | Wachovia Bank Accounts (two accounts)<br>GOV16029-GOV16341 |
| 807D | Wachovia Bank Accounts (two accounts)<br>GOV41181-GOV41283 |
| 807E | Wachovia Bank Accounts (two accounts)<br>GOV41284-GOV41545 |
| 807F | Wachovia Bank Accounts (two accounts)<br>GOV41618-GOV41720 |
| 807G | Wachovia Bank Accounts (two accounts)<br>JRE004032-JRE004378 |
| 807H | Wachovia Bank Accounts (two accounts)<br>JRE004379-JRE005026 |
| 807I | Wachovia Bank Accounts (two accounts)<br>GOV175469-GOV175477 |
| 807J | Wachovia Bank Accounts (two accounts)<br>GOV175322-GOV175468 |
| 807K | Wachovia Bank Accounts (two accounts)<br>GOV175531-GOV175536 |
| 807L | Wachovia Bank Accounts (two accounts)<br>GOV175490-GOV175493 |
| 807M | Wachovia Bank Accounts (two accounts)<br>GOV175293-GOV175303 |
| 807N | Wachovia Bank Accounts (two accounts)<br>GOV175478-GOV175489 |
| 807O | Wachovia Bank Accounts (two accounts)<br>GOV175537-GOV175593 |
| 807P | Wachovia Bank Accounts (two accounts)<br>GOV175497-GOV175530 |
| 807Q | Wachovia Bank Accounts (two accounts)<br>GOV175304-GOV175314 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 807R | Wachovia Bank Accounts (two accounts)<br>GOV175283-GOV175292 |
| 807S | Wachovia Bank Accounts (two accounts)<br>GOV175315-GOV175321 |
| 807T | Wachovia Bank Accounts (two accounts)<br>GOV175494-GOV175496 |
| 808 | Wachovia Bank<br>GOV41605-GOV41617 |
| 809 | Wachovia Securities<br>GOV19025-GOV19070 |
| 810 | Bank of America<br>GOV462911-GOV463012 |
| 811 | Citibank<br>JRE003746-JRE003941 |
| 812 | FIA Card Services<br>JRE003514-JRE003580 |
| 813A | Wachovia Loan<br>GOV41153-GOV41156 |
| 813B | Wachovia Loan<br>JRE005320-00005597 |
| 813C | Wachovia Loan<br>JRE005598-JRE005618 |
| 813D | Wachovia Loan<br>JRE005619-005640 |
| 813E | Wachovia Loan<br>JRE005641-005646 |
| 813F | Wachovia Loan<br>JRE005660 |
| 813G | Wachovia Loan<br>JRE005661-005671 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 813H | Wachovia Loan<br>JRE005672-005679 |
| 813I | Wachovia Loan<br>JRE005688-005689 |
| 813J | Wachovia Loan<br>JRE005647-005659 |
| 813K | Wachovia Loan<br>JRE005680-005687 |
| 813L | Wachovia Loan<br>JRE005690-005691 |
| 814A | Wachovia<br>GOV15552-GOV15566 |
| 814B | Wachovia<br>GOV15567-GOV15570 |
| 814C | Wachovia<br>GOV15571-GOV15572 |
| 814D | Wachovia<br>GOV15573-GOV15597 |
| 815A | Bank of America<br>GOV21864-GOV21915 |
| 815B | Bank of America<br>GOV42347-GOV42355 |
| 815C | Bank of America<br>GOV42356-GOV42366 |
| 815D | Bank of America<br>GOV42367-GOV42370 |
| 816 | Cheri Pfister invoice, Slan Productions<br>Check, Deposit Slip<br>GOV21755-217557 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 817A | Mellon Check #1102<br>GOV217516-217518 |
| 817B | Mellon Check #1104<br>GOV217520-GOV217521 |
| 817C | Mellon Check # 1110<br>GOV217527-GOV217528 |
| 817D | Mellon Check # 68678<br>GOV217533-GOV217534 |
| 817E | Mellon Check # 1120<br>GOV217540-GOV217541 |
| 817F | Mellon Check # 1119<br>GOV217542-GOV217543 |
| 817G | Mellon Check # 1102<br>GOV217797-GOV217798 |
| 817H | Mellon Check # 1103<br>GOV217799-217800 |
| 817I | Mellon Check # 1104<br>GOV217801-GOV217802 |
| 817J | Mellon Check # 1110<br>GOV217812-GOV217813 |
| 817K | Mellon Check # 1113<br>GOV217817-217818 |
| 817L | Mellon Check # 1120<br>GOV217821 |
| 817M | Mellon Check # 1119<br>GOV217833 |
| 818 | Sale of 7221 Blaney Bluffs Lane<br>Raleigh NC<br>JRE005027-JRE005034 |

| Def. Exhibit No. | Exhibit Description |
| --- | --- |
| 819A | Young Income Tax Returns<br>GOV474783, 474785-816 |
| 819B | Young Income Tax Returns<br>GOV346361-63, 346365-466, 346469-528 |
| 830A | Phone Records 9701<br>JRE7627-JRE8603 |
| 830B | Phone Records 9701<br>JRE31305-JRE31718 |
| 830C | Phone Records 9701<br>JRE467925-JRE467931 |
| 830D | Phone Records 9701<br>JRE568305-JRE568305 |
| 830E | Phone Records 9701<br>JRE568582-JRE568844 |
| 831 | Phone Records 9505<br>GOV571023-571173 |
| 832A | Phone Records 3105<br>JRE007228-JRE7506 |
| 832B | Phone Records 3105<br>JRE30365-JRE30371 |
| 832C | Phone Records 3105<br>JRE30374-JRE31303 |
| 832D | Phone Records 3105<br>JRE463931-464809 |
| 832E | Phone Records 3105<br>JRE466900-JRE466901 |
| 832F | Phone Records 3105<br>JRE467014-JRE467015 |
| 832G | Phone Records 3105<br>JRE568846-JRE569123 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 833 | Phone Records 0344<br>GOV30372-GOV30373 |
| 834A | Phone Records 3106<br>Gov464810-465257 |
| 834B | Phone Records 3106<br>GOV466898-GOV466899 |
| 834C | Phone Records 3106<br>GOV467012-GOV467013 |
| 834D | Phone Records 3106<br>GOV571479-GOV571522 |
| 835A | Phone Records 3161<br>GOV465259-466168 |
| 835B | Phone Records 3161<br>GOV466908 |
| 835C | Phone Records 3161<br>GOV467022 |
| 836A | Phone Records 9889<br>GOV570021-GOV570042 |
| 836B | Phone Records 9889<br>GOV466909 |
| 836C | Phone Records 9889<br>GOV466912 |
| 836D | Phone Records 9889<br>GOV466913-GOV467011 |
| 836E | Phone Records 9889<br>GOV467023 |
| 836F | Phone Records 9889<br>GOV569128-GOV569130 |
| 837 | Phone Records 6381<br>GOV569516-GOV569953 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 838A | Phone Records 2861<br>GOV467442-GOV467575 |
| 838B | Phone Records 2861<br>GOV467940 |
| 839 | Phone Records 9889<br>GOV463400-GOV463532 |
| 840A | Phone Records 6622<br>GOV467026-GOV467061 |
| 840B | Phone Records 6622<br>GOV467932 |
| 841 | Phone Records 4400<br>GOV467062-GOV467067 |
| 842 | Phone Records 4422<br>GOV467068-GOV467092 |
| 843A | Phone Records 0650<br>GOV574603-GOV574640 |
| 843B | Phone Records 0650<br>GOV574641-GOV574694 |
| 843C | Phone Records 0650<br>GOV574695-GOV574815 |
| 844A | Phone Records 0731<br>GOV463814-GOV463930 |
| 844B | Phone Records 0731<br>GOV466910-GOV466911 |
| 844C | Phone Records 0731<br>GOV467024-467025 |
| 845A | Phone Records 3194<br>GOV570682 |
| 845B | Phone Records 3194<br>GOV570683-GOV570690 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 845C | Phone Records 3194<br>GOV570691-GOV570693 |
| 845D | Phone Records 3194<br>GOV570695-GOV571802 |
| 845E | Phone Records 3194<br>GOV570803-GOV571020 |
| 845F | Phone Records 3194<br>GOV571021 |
| 846A | Phone Records 6947<br>GOV466169-GOV466427 |
| 846B | Phone Records 6947<br>GOV466902-GOV466903 |
| 846C | Phone Records 6947<br>GOV467016-GOV467017 |
| 847 | Phone Records 1700<br>GOV467424-GOV467431 |
| 848A | Phone Records 3102<br>GOV467093-467202 |
| 848B | Phone Records 3102<br>GOV467203-GOV467423 |
| 848C | Phone Records 3102<br>GOV467933-GOV467936 |
| 849A | Phone Records 0087<br>GOV463673-GOV463674 |
| 849B | Phone Records 0087<br>GOV463675-GOV463813 |
| 849C | Phone Records 0087<br>GOV466906-GOV466907 |
| 849D | Phone Records 0087<br>GOV467020-GOV467021 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 850A | Phone Records 3214<br>GOV56535-56536 |
| 850B | Phone Records 3214<br>GOV56537-GOV56549 |
| 850C | Phone Records 3214<br>GOV56550-GOV56561 |
| 850D | Phone Records 3214<br>GOV258049-GOV258053 |
| 850E | Phone Records 3214<br>GOV258066-GOV258113 |
| 851A | Phone Records 3215<br>GOV56535-GOV56536 |
| 851B | Phone Records 3215<br>GOV56537-GOV56549 |
| 851C | Phone Records 3215<br>GOV56550-GOV56561 |
| 851D | Phone Records 3215<br>GOV258049-GOV258053 |
| 851E | Phone Records 3215<br>GOV258114-GOV258132 |
| 852A | Phone Records 3284<br>GOV56535-GOV56536 |
| 852B | Phone Records 3284<br>GOV56537-GOV56549 |
| 852C | Phone Records 3284<br>GOV56550-GOV56561 |
| 852D | Phone Records 3284<br>GOV258049-GOV258053 |
| 852E | Phone Records 3284<br>GOV258133-GOV258221 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 853A | Phone Records 3839<br>GOV56535-GOV56536 |
| 853B | Phone Records 3839<br>GOV56550-GOV56561 |
| 853C | Phone Records 3839<br>GOV258049-GOV258053 |
| 853D | Phone Records 3839<br>GOV258222-GOV258223 |
| 854A | Phone Records 4118<br>GOV467432-GOV467440 |
| 854B | Phone Records 4118<br>GOV467441 |
| 854C | Phone Records 4118<br>GOV467937-GOV467939 |
| 855A | Phone Records 4448<br>GOV463159-GOV463248 |
| 855B | Phone Records 4448<br>GOV463141-463158 |
| 856A | Phone Records 1999<br>GOV463059-GOV463140 |
| 856B | Phone Records 1999<br>GOV463159-GOV463248 |
| 856C | Phone Records 1999<br>GOV463141-GOV463158 |
| 857A | Phone Records 7157<br>GOV463269-GOV463280 |
| 857B | Phone Records 7157<br>GOV463249-GOV463268 |
| 858A | Phone Records 7072<br>GOV467576-GOV467659 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 858B | Phone Records 7072<br>GOV467660 |
| 858C | Phone Records 7072<br>GOV467941-GOV467943 |
| 859A | Phone Records 4774<br>GOV463269-GOV463280 |
| 859B | Phone Records 4774<br>GOV463281-GOV463358 |
| 859C | Phone Records 4774<br>GOV463249-GOV463268 |
| 859D | Phone Records 4774<br>GOV467665-GOV467674 |
| 859E | Phone Records 4774<br>GOV467944-GOV467947 |
| 859F | Phone Records 4774<br>GOV571188-GOV571229 |
| 859G | Phone Records 4774<br>GOV571230-GOV571361 |
| 859H | Phone Records 4774<br>GOV571362-GOV571403 |
| 859I | Phone Records 4774<br>GOV571404-GOV571405 |
| 859J | Phone Records 4774<br>GOV571406-GOV571415 |
| 859K | Phone Records 4774<br>GOV571416-GOV571419 |
| 860A | Phone Records 0314<br>GOV467675-GOV467738 |
| 860B | Phone Records 0314<br>GOV467948-GOV467950 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 861 | Phone Records 1725<br>GOV571561-GOV571571 |
| 862 | Phone Records 5867<br>GOV574817-GOV574821 |
| 863A | Phone Records 1154<br>GOV467661-GOV467664 |
| 863B | Phone Records 1154<br>GOV568302-GOV568303 |
| 863C | Phone Records 1154<br>GOV568308-GOV568327 |
| 864A | Phone Records 7174<br>GOV34611-GOV34614 |
| 864B | Phone Records 7174<br>GOV34615-GOV34627 |
| 864C | Phone Records 7174<br>GOV574961-GOV574963 |
| 864D | Phone Records 7174<br>GOV574964-GOV575003 |
| 865A | Phone Records 1233<br>GOV467890-GOV467924 |
| 865B | Phone Records 1233<br>GOV568304 |
| 865C | Phone Records 1233<br>GOV568327-GOV568581 |
| 866A | Phone Records 7944<br>GOV463542-GOV463666 |
| 866B | Phone Records 7944<br>GOV463667-GOV463669 |
| 866C | Phone Records 7944<br>GOV463670-463672 |

| Def. Exhibit No. | Exhibit Description |
|---|---|
| 867A | Phone Records 0146<br>GOV467739-GOV467808 |
| 867B | Phone Records 0146<br>GOV467951-GOV467952 |
| 868A | Phone Records 3431<br>GOV467828-GOV467889 |
| 868B | Phone Records 3431<br>GOV467954 |
| 869 | Phone Records 7416<br>GOV571175-GOV571178 |
| 870 | Phone Records 3511<br>Selected pages TBD from Government Production 38 |
| 871 | Phone Records 3432<br>Selected pages TBD from Government Production 38 |
| 872A | Phone Records 4500<br>GOV569467 |
| 872B | Phone Records 4500<br>GOV569468-GOV569489 |
| 872C | Phone Records 4500<br>GOV569490 |
| 873A | Phone Records 7421<br>GOV466428-GOV466429 |
| 873B | Phone Records 7421<br>GOV466904-GOV466905 |
| 873C | Phone Records 7421<br>GOV467018-GOV467019 |
| 873D | Phone Records 7421<br>GOV466430-GOV466897 |
| 874 | Phone Records 3224<br>GOV056537-GOV056549 |

| Def. Exhibit No. | Exhibit Description |
|:---:|:---:|
| 875A | Phone Records 3296<br>GOV467809-467827 |
| 875B | Phone Records 3296<br>GOV467953 |
| 876 | Phone Records 6206<br>GOV571179-GOV571182 |
| 877 | Phone Records 1999<br>Selected pages TBD from Government Production 38 |
| 878 | Phone Records 9933<br>Selected pages TBD from Government Production 38 |
| 879 | Phone Records 5873<br>Selected pages TBD from Government Production 38 |
| 880 | Phone Records 1131<br>Selected pages TBD from Government Production 38 |
| 881 | Phone Records 1583<br>Selected pages TBD from Government Production 38 |
| 882 | Phone Records 1606<br>Selected pages TBD from Government Production 38 |
| 883 | Phone Records 2878<br>Selected pages TBD from Government Production 38 |
| 884 | Phone Records 3191<br>Selected pages TBD from Government Production 38 |
| 885 | Phone Records 0341<br>Selected pages TBD from Government Production 38 |
| 886 | Phone Records 3424<br>Selected pages TBD from Government Production 38 |

This the 16th day of April, 2012

Respectfully submitted,

/s/ Abbe David Lowell, *pro hac vice*    /s/ Alan W. Duncan
adlowell@chadbourne.com    N.C. State Bar No. 8736
Christopher D. Man    alan.duncan@smithmoorelaw.com
cman@chadbourne.com
Michael Pusateri    /s/ Allison O. Van Laningham
mpusateri@chadbourne.com    N.C. State Bar No. 23430
    allison.vanlaningham@smithmoorelaw.com

CHADBOURNE & PARKE LLP    SMITH MOORE LEATHERWOOD LLP
1200 New Hampshire Ave., NW    Post Office Box 21927
Washington, DC 20036    Greensboro, NC 27420
Telephone: 202-974-5600    Telephone: (336) 378-5200
Facsimile: 202-974-5602    Facsimile: (336) 378-5400

*Attorneys for Defendant Johnny Reid Edwards*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the foregoing was electronically filed with the Clerk of Court

using the CM/ECF system, which will send notification of such filing to the following:

David V. Harbach, II (david.harbach@usdoj.gov)
Jeffrey E. Tsai (jeffrey.tsai@usdoj.gov)
Robert J. Higdon, Jr. (bobby.higdon@usdoj.gov)
Brian Scott Meyers (brian.s.meyers@usdoj.gov)
*United States Department of Justice*

This the 16th day of April, 2012.

/s/ Allison O. Van Laningham
N.C. State Bar No. 23430
Attorney for Defendant Johnny Reid Edwards
SMITH MOORE LEATHERWOOD LLP
Post Office Box 21927
Greensboro, NC  27420
Telephone: (336) 378-5200
Facsimile: (336) 378-5400
E-mail:  allison.vanlaningham@smithmoorelaw.com