IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:11-CR-161-1-CCE |
| | ) | |
| JOHNNY REID EDWARDS | ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, through the undersigned attorneys, hereby files the attached Exhibit List for trial (Attachment A).

Dated: April 16, 2012

Respectfully submitted,

| | |
|---|---|
| JOHN STUART BRUCE<br>Attorney for the United States<br>Acting under authority<br>conferred by 28 U.S.C. § 515 | JACK SMITH<br>Chief, Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice |
| By: /s/ Robert J. Higdon, Jr.<br>    Robert J. Higdon, Jr.<br>    Brian S. Meyers<br>    Special Attorneys<br>    U.S. Attorney's Office<br>    310 New Bern Ave., Suite 800<br>    Raleigh, NC 27601-1461<br>    Tel: (919) 856-4103<br>    Fax: (919) 856-4887<br>    bobby.higdon@usdoj.gov<br>    State Bar No. 17229 | By: /s/ David V. Harbach, II<br>    David V. Harbach, II<br>    Jeffrey E. Tsai<br>    Trial Attorneys<br>    Public Integrity Section<br>    Criminal Division<br>    U.S. Department of Justice<br>    1400 New York Ave., N.W., Ste. 12100<br>    Washington, DC 20005<br>    Tel: (202) 514-1412<br>    Fax: (202) 514-3003<br>    david.harbach@usdoj.gov |

## CERTIFICATE OF SERVICE

This is to certify that on April 16, 2012, I filed the foregoing document on the Court's CM/ECF system, which will transmit a copy to the following counsel of record in this case:

Alan W. Duncan
Allison O. Van Laningham
Smith Moore Leatherwood LLP
200 North Greene Street
Suite 1400
Greensboro, NC 27401

Abbe David Lowell
Chadbourne & Parke, LLP
1200 New Hampshire Avenue, N.W.
Washington, DC 20036

/s/ Brian S. Meyers
Special Attorney
U.S. Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601-1461
Tel: (919) 856-4035
Fax: (919) 856-4887

-2-

Case 1:11-cr-00161-CCE   Document 236   Filed 04/16/12   Page 2 of 2