IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CR161-1 |
| | ) | |
| JOHNNY REID EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

**PROTECTIVE ORDER REGARDING TIMOTHY TOBEN DEPOSITION
AND EXHIBITS SUBJECT TO STATE COURT PROTECTIVE ORDER**

**THIS MATTER** is before the Court upon Defendant's Motion for Protective Order

Regarding Timothy Toben Deposition and Exhibits Subject to State Court Protective Order

(Docket No. 228).  The Court has reviewed the motion and its attachment and finds that the

North Carolina Superior Court has entered a Consent Order that authorizes the production of Mr.

Toben's deposition and exhibits to Mr. Edwards.  As a condition of this modification,

Mr. Edwards is required to seek an appropriate Protective Order from this Court before

producing these materials to the Government.

The relief sought by Mr. Edwards is narrow and appropriate to protect the interests of the

litigants in the civil case, the confidentiality of the materials, and the interests of the parties in

this case.  It is appropriate to make Mr. Toben's deposition and exhibits subject to the provisions

of the Protective Order Concerning Materials Subject to State-Court Protective Order (Docket

No. 170).  The Court further finds that the Government does not object to the entry of this

Protective Order.

THEREFORE, it is **ORDERED** that Mr. Toben's deposition and the deposition exhibits shall be subject to the provisions of the Protective Order Concerning Materials Subject to State-Court Protective Order (Docket No. 170).

SO ORDERED, this the 16th day of April, 2012.

United States District Judge