IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:11CR161-1 |
| | ) | |
| JOHNNY REID EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |

**PROTECTIVE ORDER REGARDING PHOTOGRAPHS
SUBJECT TO STATE COURT ORDERS**

**THIS MATTER** is before the Court upon Defendant's Motion for Protective Order Regarding Photographs Subject to State Court Order (Docket No. 229), relating to certain photographs in this case that are subject to Orders entered by the North Carolina Superior Court. The Court has reviewed the motion and its attachment and finds that the Court has previously authorized a subpoena to Russell Gilmore for the production of certain photographs in his possession, that these photographs are subject to Orders entered in *Hunter v. Young* (Orange County, 10 CVS 149), and that the North Carolina Superior Court has entered a Consent Order that authorized Mr. Gilmore to provide the photographs in response to the subpoena. As a condition of this modification, Mr. Edwards is required to seek an appropriate Protective Order from this Court before producing these photographs to the Government.

The Protective Order sought by Mr. Edwards is narrow and appropriate to protect the interests of the litigants in the civil case, the confidentiality of the materials, and the interests of the parties in this case. The Court further finds that the Government does not object to the entry of this Protective Order.

THEREFORE, it is **ORDERED** that the photographs provided by Russell Gilmore in response to the subpoena requested by Mr. Edwards shall be used only for the purposes of this litigation, that the parties shall notify Rielle Hunter, Andrew Young, and Cheri Young, through counsel, of the intent to use any portion of these photographs in any filing or at trial, and that the parties shall account for the photographs at the conclusion of the proceedings in this case.

SO ORDERED, this the 16th day of April, 2012.

_____
United States District Judge