IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:11-CR-161-CCE |
| | ) | |
| JOHNNY REID EDWARDS | ) | |

## STIPULATION NO. 1

The United States of America, through its undersigned attorneys, and defendant John Edwards, by and through his undersigned attorneys, hereby stipulate and agree as follows:

1. Reports that are required to be filed with the Federal Election Commission by candidates for federal office are a matter within the jurisdiction of the Federal Election Commission, which is a part of the executive branch of the Government of the United States.

2. The John Edwards for President Campaign Committee received the following contributions from Rachel "Bunny" Mellon during the 2008 presidential election cycle:

    (a) $2,300 on January 27, 2007, for the Democratic primary election; and

    (b) $2,300 on March 27, 2007, for the general election.

3. The John Edwards for President Campaign Committee received the following contributions from Fred Baron during the 2008 presidential election cycle:

    (a) $2,100 on January 18, 2007, for the Democratic primary election;

    (b) $200 on March 6, 2007, for the Democratic primary election; and

    (c) $2,300 on March 6, 2007, for the general election.

4. From October 19, 2006, through October 22, 2006, the North Carolina Academy of Trial Lawyers hosted an event at The Grove Park Inn in Asheville, North Carolina.

5. On October 10, 2007, the *National Enquirer* published an article entitled "Presidential cheating scandal!".

6. On December 19, 2007, the *National Enquirer* published an article entitled "Update: John Edwards love child scandal!".

7. On August 8, 2008, the ABC television network aired an interview of John Edwards during its *Nightline* program.

8. The parties further agree that this stipulation is admissible in evidence at trial.

Dated: April 16, 2012

Respectfully submitted,

JOHN STUART BRUCE
Attorney for the United States
Acting under authority
conferred by 28 U.S.C. § 515

By: _____
Robert J. Higdon, Jr.
Brian S. Meyers
Special Attorneys
U.S. Attorney's Office
310 New Bern Ave., Suite 800
Raleigh, NC 27601-1461
Tel: (919) 856-4103
Fax: (919) 856-4887
bobby.higdon@usdoj.gov
State Bar No. 17229

JACK SMITH
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: _____
David V. Harbach, II
Jeffrey E. Tsai
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W., Ste. 12100
Washington, DC 20005
Tel: (202) 514-1412
Fax: (202) 514-3003
david.harbach@usdoj.gov

_____
Alan W. Duncan
Counsel for the Defendant
Smith Moore Leatherwood LLP
200 North Greene Street
Suite 1400
Greensboro, NC 27401

_____
Allison O. Van Laningham
Counsel for the Defendant
Smith Moore Leatherwood LLP
200 North Greene Street
Suite 1400
Greensboro, NC 27401

_____
Abbe David Lowell
Counsel for the Defendant
Chadbourne & Parke, LLP
1200 New Hampshire Avenue, N.W.
Washington, DC 20036