ENTERED ON DOCKET
R. 55

JUN 1 3 2012

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JUN 1 3 2012
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, NC
By_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-CR-161-CCE |
| | ) | |
| JOHNNY REID EDWARDS | ) | |

## ORDER FOR DISMISSAL

Pursuant to Federal Rule of Criminal Procedure 48(a) and by leave of Court

endorsed hereon, the United States of America hereby dismisses with prejudice Counts

One, Two, Four, Five, and Six of the Indictment returned by the Grand Jury on June 3,

2011, against defendant Johnny Reid Edwards.

Respectfully submitted this 13th day of June, 2012.

JOHN STUART BRUCE
Attorney for the United States
Acting under authority
conferred by 28 U.S.C. § 515

By: /s/ Robert J. Higdon, Jr.
   Robert J. Higdon, Jr.
   Brian S. Meyers
   Special Attorneys
   U.S. Attorney's Office
   310 New Bern Ave., Suite 800
   Raleigh, NC 27601-1461
   Tel: (919) 856-4103
   Fax: (919) 856-4887
   bobby.higdon@usdoj.gov
   State Bar No. 17229

JACK SMITH
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: /s/ David V. Harbach, II
   David V. Harbach, II
   Jeffrey E. Tsai
   Trial Attorneys
   Public Integrity Section
   Criminal Division
   U.S. Department of Justice
   1400 New York Ave., N.W., Ste. 12100
   Washington, DC 20005
   Tel: (202) 514-1412
   david.harbach@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: 6/13/2012

_____
United States District Judge